IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Luis G. Lara, *et al.*,          )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )   Case No. 1:09cv1269 (GBL)
                                 )
GMAC Mortgage, L.L.C., *et al.*, )
                                 )
          Defendants.            )

## ORDER

THIS MATTER is before the Court on Defendants GMAC

Mortgage, LLC, MERSCORP, Inc., and Mortgage Electronic

Registration Systems, Inc.'s Motion to Dismiss.  (Dkt. No. 34.)

For the reasons stated in open court on Friday, April 2, 2010,

it is hereby

     ORDERED that Defendants' Motion to Dismiss is GRANTED

without prejudice as to Counts I-III, V-IX, XI, XIX, XXV, and

XXVII.  It is further

ORDERED that Defendants' Motion to Dismiss is GRANTED with prejudice as to Counts IV, X, XII-XVIII, and XX-XXIV because these counts are time-barred.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this ___5th___ day of April, 2010.

Alexandria, Virginia

_____/s/_____
Gerald Bruce Lee
United States District Judge