IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS G. LARA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> GMAC MORTGAGE, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:09-cv-1269 (GBL/TRJ) |

## O R D E R

Upon consideration of the November 8, 2012 Report and Recommendation of United States Magistrate Judge Jones, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

**ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Jones. Accordingly, Plaintiffs' Motion for Default Judgment (Dkt. No. 89) is **DENIED** and Plaintiffs' Complaint is **DISMISSED** with prejudice.

The Clerk is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

ENTERED this 18th day of December, 2012.

Alexandria, Virginia
12/18/12

/s/
Gerald Bruce Lee
United States District Judge